E

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Addendum to Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Robert Wareham Cr.: Cr:04-878

Name of Sentencing Judicial Officer: The Honorable Anita B. Brody

On December 13, 2004, a Transfer of Jurisdiction was completed with the Honorable Stanley R. Chesler assuming jurisdiction over the offender.

Date of Original Sentence: 4/25/01

Original Offense: Conspiracy to Manufacture and Distribute Methamphetamine and to Distribute Phenyl - 2- Propanone

Original Sentence: 84 months custody of the U.S. Bureau of Prisons - 5 years supervised release - drug aftercare- Special Assessment $100.00

Type of Supervision: Supervised Release Date Supervision Commenced:7/23/04

Assistant U.S. Attorney: Eric M. Schweiker Defense Attorney: Brian Reilly

### PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number Nature of Noncompliance

1. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

   Specifically, on October 14, 2006, Patrolman Robert Burnaford of the Harvey Cedars Police Department, while on routine patrol, observed a vehicle bearing Pennsylvania registration GGZ0563, traveling south on Long Beach Boulevard, failing to maintain its lane. Patrolman Burnaford performed a motor vehicle stop. After speaking with the driver, Robert Wareham, Patrolman Burnaford noticed that he was acting nervous and jerky. At this time, Detective Barr and Patrolman Nash arrived on the scene. Detective Nash requested that Mr. Wareham step out of the vehicle to ask him a few questions. Detective Barr and patrolman Burnaford conducted a pat down search of Mr. Wareham. A quantity of Methamphetamine, approximately 10 grams in weight, was seized, along with $1,019.00 and a digital scale containing methamphetamine residue. Robert Wareham was arrested and charged with: (1) Knowingly and Purposely Possessing With the Intent to Distribute Methamphetamine Under a Half Ounce, specifically, by possessing approximately 10 grams of methamphetamine, in violation of N. J. S. A. 2C:35-10(a); and (2) Possession of Methamphetamine, in violation of N. J. S. A. 2C:35-5(b)(9)(b) (Complaint #: W 2006-000035); (3) Possession of Drug Paraphernalia, specifically, a Digital Scale, Which is Intended to be used in the Distribution of Methamphetamine, in violation of N. J. S. A. 2C:36-2, and (4) Possession of Less Than 50 Grams of Marijuana, in violation of N. J. S. A. 2C: 35-10A(4) (Complaint #S2006-000036).

2. The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**'

   Specifically, the offender failed to notify the United States Probation Office or any of its representatives within 72 hours of the arrest.

3. The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**'

   Specifically, on October 14, 2006, the offender was arrested by the Harvey Cedars Police Department. Arrested with Mr. Wareham was Andrew C. McPherson, whose criminal history consists of the following felony convictions; Burglary and Forgery; and Michael Edward Jones, whose criminal history consists of Burglary, Criminal Conspiracy, and Kidnaping.

4. The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

   Specifically the offender has failed to submit written monthly reports for the months of June, July, August and September, 2006.

5. The offender has violated the supervision condition which states '**The offender shall not drive a motor vehicle while on supervised release.** '

Specifically, the offender violated this special condition by operating a motor vehicle on the night of October 14, 2006. This violation is based on the police report submitted by Patrolman Robert Burnaford, of the Harvey Cedars Police Department, who conducted a traffic stop of Pennsylvania Registration GGZ0563. When Patrolman Burnaford approached the vehicle, he asked the driver, identified as Robert Wareham, for his drivers credentials. Mr. Wareham responded that he did not have a drivers license, and supplied Patrolman Burnaford with a New Jersey Identification card, vehicle registration and insurance card.

6. The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**'

On September 15, 2007, the offender plead guilty to Possession of a Controlled Dangerous Substance and was sentenced to three (3) years in the custody of Commissioner of the New Jersey Department of Corrections, concurrent to any parole violations he may serve.

I declare under penalty of perjury that the foregoing is true and correct.

By: Donald G. Hewins
Senior U.S. Probation Officer
Date: 10/31/06

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: 3/11/2010 @ 10:00 A.M.
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

3/8/2010
Date