UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| v. | : | |
| ROBERT WAREHAM | : | Crim. No. 04-878 (SRC) |

This matter having been opened to the Court upon the joint application of the United States of America, by Paul J. Fishman, United States Attorney for the District of New Jersey (André M. Espinosa, Assistant U.S. Attorney, appearing), for a hearing on the violation of supervised release of defendant Robert Wareham ("Defendant") (Linda Foster, Esq., appearing); and Defendant having been sworn on March 11, 2010, and pled guilty on the record to Violation No. 5 alleged in the Petition filed by the United States Probation Department on October 31, 2006, and Defendant having offered a satisfactory factual basis to support his plea of guilty on March 11, 2010; and the United States having moved for the dismissal of the remaining violations alleged in the Petition; and for the reasons stated on the record, and for good cause shown,

IT IS on this 15th day of March, 2010,

**ORDERED** that, the Court hereby accepts Defendant's plea of guilty to Violation No. 5, as alleged in the petition filed by the United States Probation Department on October 31, 2006, and, for the reasons stated by the Court on the record on March 11, 2010, finds Defendant **GUILTY** of that violation and in violation of the conditions of Supervised Release as imposed on April 25, 2001; and it is further,

**ORDERED** that, Defendant's Supervised Release shall be and hereby is **REVOKED**;

and it is further,

**ORDERED** that, Defendant is sentenced to two years additional Supervised Release and shall comply with all previously imposed standards and special conditions, including, among other conditions, that he not operate a motor vehicle, together with the following additional special condition:

    (a) Defendant shall comply with substance abuse testing and treatment as ordered by the United States Probation Department;

and it is further,

**ORDERED** that, the remaining violations alleged in the Petition filed by the United States Probation Department on October 31, 2006, shall be and are hereby, **DISMISSED.**

_____
HONORABLE STANLEY R. CHESLER
United States District Judge